UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   06 CV 0331 (NG) (CLP)
JENNIE KIRKLAND,

                  **Plaintiff,**

        -against-                                 <u>ORDER</u>

CITY OF NEW YORK, et al.,

                  **Defendants.**
-------------------------------------------------------------X

**GERSHON, United States District Judge:**

By order dated May 9, 2007, this court adopted Magistrate Judge Cheryl L. Pollak's Report and Recommendation, dated February 21, 2007, in its entirety. Plaintiff's motion for leave to amend her complaint was thereby granted so as to allow her to, *inter alia*, add as defendants Officer Cowan, Captain Inzirillo, Lieutenant Bergin and Sergeant Lam. In doing so, the court inadvertently overlooked Judge Pollak's recommendation that plaintiff be permitted to add Officer Brian Wood as a named defendant as well. The May 9, 2007 order is, therefore, amended to permit plaintiff to add Officer Wood.

In sum, the Report and Recommendation of February 21, 2007 is adopted in its entirety. Plaintiff's motion for leave to amend her complaint is granted to the extent she may add as defendants Officers Wood and Cowan, Captain Inzirillo, Lieutenant Bergin and Sergeant Lam and may add the factual assertions she seeks to add and a conspiracy claim. The motion is denied insofar as plaintiff seeks to add as defendants ten additional NYPD officers and the confidential informant.

SO ORDERED.

s/NG
_____
**NINA GERSHON**
**United States District Judge**

Dated: Brooklyn, New York
       May 23, 2007